# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                 **PETITIONER**

v.                              **CASE NO. 4:21-cv-01065-LPR-JTK**

**LAFAYETTE WOODS, JR., et al.**                                         **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

IT IS SO ADJUDGED this 27th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE